**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**MEMORANDUM**

**TO:** Clerk, U.S. District Court, Eastern District of Arkansas

**FROM:** Susan E. Bindler, Clerk of Court

**DATE:** July 21, 2026

**RE:** 24-1298 Risie Howard v. Hormel Foods Corporation

District Court/Agency Case Number(s): 4:22-cv-00995-JM

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying a petition for rehearing in the above case.

AMT