# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 20, 2026

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Risie Howard, as Personal Representative of the Estate of Mrs. George Howard, Jr.
v. Jim Snee, Chair, Hormel Foods Corporation
No. 25-1074
(Your No. 24-1298)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

**Scott S. Harris**, Clerk